Name: David J Holdsworth 4052
Address: 9125 So Monroe Plaza Way #C
          Sandy, Utah 84070
Telephone: 801-352-7701

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH - Southern DIVISION

Gordon K Rankin

Plaintiff,

v.

Wal-Mart Stores, Inc.

Wal Mart Super center
(Walmart Store #5167)

Defendant(s).

**COMPLAINT**

Civil No.

Jury Trial Demanded

## A. JURISDICTION

This action is brought pursuant to Title VII of the Civil Rights Act of 1964 as amended, for employment discrimination. Jurisdiction is specifically conferred on this Court by 42 U.S.C. § 2000e(5). Equitable and other relief are also sought under 42 U.S.C. § 2000e(5)(g). Jurisdiction is also based on 28 U.S.C. §§ 1331, 1343 and 42 U.S.C. §§ 1981 et seq. Where employment discrimination based upon age is alleged, jurisdiction is conferred by 29 U.S.C. §§ 626(c)(1) and appropriate relief is also sought. Where employment discrimination based upon disability is alleged, jurisdiction is conferred by the Americans with Disabilities Act.

## B. PARTIES

1.  Name of plaintiff: Gordon Rankin
    Present mailing address: 4529 So Cold River Drive
    St George, Utah 84790

/

2. Name of first defendant:
Present mailing address or
business location:  Walmart Stores, Inc.
702 SW 8th Street
Bentonville, AR 72716

3. Name of second defendant:
Present mailing address or
business location:

4. Name of third defendant:
Present mailing address or
business location:

(Use additional sheets if necessary.)

## C. NATURE OF CASE

1. The address at which I sought employment or was employed by the defendant(s) is:

   Walmart Store #5167
   West Jordan, Utah
   7671 So 3800 North
   West Jordan, Utah 84084

2. The discriminatory acts occurred on or about:

   Dec 21, 2017 to May 25, 2018
   (Month, Day, Year)

3. I filed charges with the Anti Discrimination Division of the Utah State Industrial Commission regarding the defendant's discriminatory conduct on or about:

   August 14, 2018
   (Month, Day, Year)

2

4.  I filed charges with the Equal Employment Opportunity Commission regarding the defendant's discriminatory conduct on or about:

    _August 14, 2018_
    (Month, Day, Year)

5.  The Equal Employment Opportunity Commission sent the attached "Notice of Right to Sue" which I received on:

    _Oct 4, 2021_
    (Month, Day, Year)

    (Please attach the "Notice of Right to Sue" to this complaint.)

6.  The discriminatory acts that are the basis of this suit are:

    a. ____ Failure to employ me
    b. ____ Failure to promote me
    c. ____ Termination of my employment
    d. ____ Demotion
    e. ____ Denied equal pay/work
    f. ____ Sexual harassment
    g. ____ General harassment
    h. ____ Other acts (Be specific: Attach an additional sheet if necessary)
    i. ✓ failure to accommodate a disability
    j. ✓ discrimination on the basis of disability

    See the Petitioner's Statement I filed with the Utah Labor Commission Adjudication Division for. Enclosed herewith and incorporated herein by this reference

7.  Defendant's conduct is discriminatory with respect to:

    a. ____ my race            d. ____ my religion
    b. ____ my color           e. ____ my national origin
    c. ____ my sex      f. ____ my age
                        g. ✓ my disability

8.  I believe that the defendant is still committing these acts against me.

    ____ yes    ✓ no

## D. CAUSE OF ACTION

3

1. I allege that the defendant has discriminated against me and that the following facts form the basis for my allegations:

   a. (1) Count I: _Failure to Accommodate a Disability_

   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly, in your own words without citing any legal authority. Use additional sheets if necessary.)

   _See the Petitioner's Statement I filed with the Utah Labor Commission Adjudication Division Paragraphs 7-17, 18-33 enclosed herewith and incorporated herein by this reference_

   b. (1) Count II: _Discrimination on the Basis of Disability_

   (2) Supporting Facts:

   _See the Petitioner's Statement I filed with the Utah Labor Commission Adjudication Division Paragraphs 7-17, 34-43 enclosed herewith and incorporated herein by this reference_

   c. (1) Count III: _Retaliation_
   (2) Supporting Facts _See Petitioner's Statement I filed with the Utah Labor Commission Paragraphs 7-55_

E. INJURY

1. How have you been injured by the actions of the defendant(s)?

   _I lost the wages I was earning and the fringe benefits I was able to access by virtue of my employment with Walmart_

   _This has caused financial stress_
   _How Walmart treated me has also caused me emotional distress_

**F. REQUEST FOR RELIEF**

2. I believe I am entitled to the following relief:

   _lost wages_
   _lost benefits_
   _damages for emotional distress_
   _attorneys fees and court costs_

4

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C. § 1621.

Executed at  SLC (Sandy)  on Dec 27, 2021.
(Location)

Signature

H:\prose\vii.gui

12-28-2021

5