THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| GORDON RANKIN,<br><br>              Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., WALMART SUPERCENTER (WALMART STORE #5167),<br><br>              Defendant. | **ORDER GRANTING DISMISSAL**<br><br>Case No. 4:21-cv-00128-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Based on the parties' Joint Stipulation of Dismissal with Prejudice ("Stipulation")[1] and good cause appearing therefor,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), with each party to bear their own attorneys' fees, costs, and litigation costs.

Signed April 3, 2023.

BY THE COURT

_____
David Nuffer
United States District Judge

---

[1] Docket no. 32, filed February 23, 2023.